**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GWENDOLYN CLINTON,<br><br>Plaintiff,<br><br>-against-<br><br>WALDORF ASTORIA EMPLOYER LLC d/b/a WALDORF ASTORIA NEW YORK,<br><br>Defendant. | 26-CV-5860 (DEH) (OTW)<br><br>**<u>ORDER</u>** |

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on October 15, 2026. The Court now orders the following:

1) Parties are directed to file joint status letters on the last business Friday of the month, beginning on November 20; and
2) Parties are directed to file any proposed protective orders by Friday, November 13, 2026; and
3) The Court sets the following Case Management Deadlines:
   a. Amended Pleadings: 11/30/26
   b. Joining Additional Parties: 11/30/26
   c. Requests for Documents: 12/15/26
   d. Responses to Requests for Documents: 1/15/27
   e. Subpoenas for Third Parties: 2/15/27
   f. Completion of Depositions: 4/2/27

g. Maximum Depositions Per Party: 3

h. Completion of Discovery: 6/16/27

**SO ORDERED.**

*s/ Ona T. Wang*

**Ona T. Wang**
United States Magistrate Judge

Dated: October 20, 2026
New York, New York